IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN PIOTROWSKI          :          CIVIL ACTION
                            :
                            :
      V.                    :
                            :
                            :
HARRIS & HARRIS, LTD.       :          NO. 21-4660

## O R D E R

**AND NOW,** this 9th day of May 2022 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

Kate Barkman
Clerk of Court

By:      s/ Joseph Walton
         *Deputy Clerk*

Civ. 2 41.1(b) (3/18)



2400 Market Street
Suite 200
Philadelphia, PA 19103
215.330.2100
www.greggorskilaw.com

*Gregory Gorski, Esquire*
*greg@greggorskilaw.com*

May 9, 2022

<u>Via Email</u>

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
US Courthouse, Room 7613
601 Market Street
Philadelphia PA 19106

Re:    Stephen Piotrowski v. Harris & Harris, Ltd., Case No. 2:21-cv-04660-AB

Dear Judge Brody:

I am writing to inform the Court that Plaintiff has resolved his claims with Defendant Harris & Harris, Ltd. in the above matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure terminating this matter.

Respectfully Submitted,

GREGORY GORSKI

cc:    All Counsel of Record (via email)